# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORIA ROGERS<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LESLIE C. SEIBERT, MARILYN J SEIBERT, and SEIBERT FAMILY TRUST 1995,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV F 10-0589 LJO SMS<br>**NEW CASE NO. CV F 010-0589 SMS**<br><br>**ORDER TO REASSIGN ACTION** |

All parties have consented to United States Magistrate Judge Sandra M. Snyder to conduct for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. §636(c)(1). (Docs. 10, 11, 13). **Accordingly, this Court REASSIGNS this action to United States Magistrate Judge Sandra M. Snyder for all further proceedings. All further papers shall bear the new case number CV F 010-0589 SMS.**

IT IS SO ORDERED.

**Dated:    June 3, 2010**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1