Andrew W. Sorensen, No. 078266

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:  (559) 432-7639

Attorneys for Defendants, SEIBERT FAMILY TRUST 1995; LESLIE C. SEIBERT and MARILYN J. SEIBERT, individually, and as a General Partnership, doing business as, SIERRA HIDE-AWAY MOBILE HOME PARK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORIA ROGERS<br><br>        Plaintiff,<br>    vs.<br><br>SEIBERT FAMILY TRUST 1995; LESLIE C. SEIBERT and MARILYN J. SEIBERT, individually, and as a General Partnership, doing business as, SIERRA HIDE-AWAY MOBILE HOME PARK<br><br>        Defendants. | Case No. 1:10-cv-00589-SMS<br><br>**STIPULATION TO EXTEND DISCOVERY DATES AND ORDER**<br><br><br><br><br><br>TRIAL DATE: January 23, 2012<br>COMPLAINT FILED: April 5, 2010 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record that dates in the Scheduling Order dated February 24, 2011, be modified as follows:

1.      The date for Rebuttal Expert Disclosure be continued to 14 days from the receipt of the medical records from Plaintiff's designated non-retained medical provider and 14 days from the receipt of the appraisal report from Plaintiff's designated retained expert.

2.      The discovery deadlines be continued to the following dates:

    Non Expert:                                                            August 24, 2011

    Expert:                                                                    August 24, 2011

    Non-Dispositive Motion Deadlines:

        Filing:                                                                 August 24, 2011

3. The number of depositions each party can take can be more than 10 depositions each.

The new dates will allow the parties to complete further contemplated discovery.

DATED: April 28, 2011        LAW OFFICES OF STUART FAGAN


By /s/ Stuart Fagan
Stuart Fagan
Attorney for Plaintiff, MORIA ROGERS


DATED: April 28, 2011        EMERSON, COREY, SORENSEN,
                                                   CHURCH & LIBKE


By /s/ Andrew W. Sorensen
Andrew W. Sorensen
Attorney for Defendants, SEIBERT FAMILY
TRUST 1995; LESLIE C. SEIBERT and
MARILYN J. SEIBERT, individually, and as a
General Partnership, doing business as,
SIERRA HIDE-AWAY MOBILE HOME PARK


**ORDER**

The Court, having considered the parties' Stipulation that the dates in the Scheduling Order dated February 24, 2011, be modified, Orders as follows:

1. The date for Rebuttal Expert Disclosure be continued to 14 days from the receipt of the medical records from Plaintiff's designated non-retained medical provider and 14 days from the receipt of the appraisal report from Plaintiff's designated retained expert.

////
////
////
////

2. The discovery deadlines be continued to the following dates:

    Non Expert:    August 24, 2011

    Expert:    August 24, 2011

    Non-Dispositive Motion Deadlines:

    Filing:    August 24, 2011

3. The number of depositions each party can take can be more than 10 depositions each.

IT IS SO ORDERED.

Dated:   **April 29, 2011**　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2. The discovery deadlines be continued to the following dates:

    Non Expert:    August 24, 2011

    Expert:    August 24, 2011

    Non-Dispositive Motion Deadlines:

    Filing:    August 24, 2011

3. The number of depositions each party can take can be more than 10 depositions each.

IT IS SO ORDERED.

Dated:   **April 29, 2011**　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE