Andrew W. Sorensen, No. 078266

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendants, SEIBERT FAMILY TRUST 1995; LESLIE C. SEIBERT and MARILYN J. SEIBERT, individually, and as a General Partnership, doing business as, SIERRA HIDE-AWAY MOBILE HOME PARK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORIA ROGERS<br><br>            Plaintiff,<br>    vs.<br><br>SEIBERT FAMILY TRUST 1995; LESLIE C. SEIBERT and MARILYN J. SEIBERT, individually, and as a General Partnership, doing business as, SIERRA HIDE-AWAY MOBILE HOME PARK<br><br>            Defendants. | Case No. 1:10-cv-00589-SMS<br><br>**STIPULATION TO EXTEND DISCOVERY DATES AND ORDER**<br><br><br><br><br><br>TRIAL DATE: January 23, 2012<br>COMPLAINT FILED: April 5, 2010 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record that dates in the Scheduling Order dated February 24, 2011, and the Discovery Order dated April 29, 2011, be modified as follows:

1. The discovery deadlines be continued to the following dates:

    Non Expert:                                                          September 23, 2011

    Expert:                                                                   September 23, 2011

    Non-Dispositive Motion Deadlines:

    Filing:                                                                     September 23, 2011

///

///

///

The new dates will allow the parties to complete further contemplated discovery and accommodate counsels' vacations.

DATED: May 31, 2011         LAW OFFICES OF STUART FAGAN

                            By /s/ Stuart Fagan
                               Stuart Fagan
                               Attorney for Plaintiff, MORIA ROGERS

DATED: May 31, 2011         EMERSON, COREY, SORENSEN,
                                  CHURCH & LIBKE

                            By /s/ Andrew W. Sorensen
                               Andrew W. Sorensen
                               Attorney for Defendants, SEIBERT FAMILY
                               TRUST 1995; LESLIE C. SEIBERT and
                               MARILYN J. SEIBERT, individually, and as a
                               General Partnership, doing business as,
                               SIERRA HIDE-AWAY MOBILE HOME PARK

## ORDER

The Court, having considered the parties' Stipulation that the dates in the Scheduling Order dated February 24, 2011, and the Discovery Order dated April 29, 2011, be modified, Orders as follows:

1. The discovery deadlines be continued to the following dates:

   Non Expert:                          September 23, 2011

   Expert:                              September 23, 2011

   Non-Dispositive Motion Deadlines:

   Filing:                              September 23, 2011

IT IS SO ORDERED:

Dated:  May 31, 2011              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE