# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORIA ROGERS, | CASE NO. 1:10-cv-00589-SKO |
| Plaintiff, | **NOTICE REGARDING EX PARTE CONTACT WITH THE COURT BY WITNESS** |
| v. | |
| SEIBERT FAMILY TRUST 1995, et al., | |
| Defendants. | |
| _____ / | |

On Wednesday, October 17, 2012, Donna Rodriguez made contact with the Court regarding a subpoena requiring her appearance as a witness at the trial in this matter. Her ex-parte contact with the Court's chambers was limited to a telephonic voice-mail message. The Court has not and will not respond to Ms. Rodriguez' unilateral communication.

This order shall serve as notice to counsel of record regarding ex-party contact by this witness.

IT IS SO ORDERED.

**Dated:   October 18, 2012**            /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE