# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORIA ROGERS, | **CASE NO. 1:10-cv-00589-SKO** |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONSIDER EXHIBITS FILED OUT OF TIME** |
| SEIBERT FAMILY TRUST 1995, et al., | |
| Defendants. | |

On October 17, 2012, Plaintiff filed an ex parte application for the Court to consider exhibits Plaintiff was unable to attach as support of a motion *in limine* due to electronic filing difficulties. (Doc. 97.) As the motion *in limine* which references the exhibits was timely filed, the exhibits, although filed out of time, will be considered.

Accordingly, Plaintiffs' ex parte application is GRANTED.

IT IS SO ORDERED.

**Dated:   October 19, 2012**              /s/ Sheila K. Oberto
                          UNITED STATES MAGISTRATE JUDGE