**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiff, Moria Rogers

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORIA ROGERS<br><br>Plaintiff,<br><br>vs.<br><br>SEIBERT FAMILY TRUST 1995; LESLIE C. SEIBERT and MARILYN J. SEIBERT, individually, and as a General Partnership, doing business as, SIERRA HIDE-AWAY MOBILE HOME PARK<br><br>Defendants. | Case No. 1:10-cv-00589-SKO<br><br>STIPULATION OF DISMISSAL AND ORDER<br><br>.<br><br>TRIAL DATE: November 6, 2012 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that plaintiff Moria Rogers may dismiss the above-entitled action, with prejudice, as against all defendants.

DATE: November 14, 2012        LAW OFFICES OF STUART E. FAGAN

                              By  /s/ Stuart E. Fagan
                                 Stuart E. Fagan
                                 Attorney for Plaintiff, MORIA ROGERS

///

///

---

Stipulation for Dismissal and Order                    Page 1

DATE:  November 14, 2012

EMERSON, COREY, SORENSEN,
CHURCH & LIBKE

By /a/ Andrew W. Sorensen
Andrew W. Sorensen
Attorney for Defendants, SEIBERT FAMILY TRUST 1995; LESLIE C. SEIBERT and MARILYN J. SEIBERT, individually, and as a General Partnership, doing business as, SIERRA HIDE-AWAY MOBILE HOME PARK

**ORDER**

The Court, having considered the parties' Stipulation for Dismissal that plaintiff Moria Rogers may dismiss the above-entitled action, with prejudice, as against all defendants.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **November 19, 2012**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE